**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 08-cv-02809-REB-BNB

RAMONA COLEMAN,

     Plaintiff,

v.

SEARS HOLDING CORPORATION, a foreign corporation, and
KMART CORPORATION, a foreign corporation,

     Defendants.

## ORDER DISMISSING DEFENDANT
## SEARS HOLDING CORPORATION ONLY

**Blackburn, J.**

The matter before me is the **Plaintiff's Notice of Dismissal Without Prejudice of Defendant Sears Holding Corporation** [#8] filed April 15, 2009.  After careful review of the notice and the file, I conclude that the notice should be approved and that plaintiff's claims against defendant Sears Holding Corporation should be dismissed without prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That **Plaintiff's Notice of Dismissal Without Prejudice of Defendant Sears Holding Corporation** [#8] filed April 15, 2009, is **APPROVED**;

     2. That plaintiff's claims against defendant Sears Holding Corporation are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant Sears Holding Corporation is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated April 16, 2009, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge