# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 08-cv-02809-REB-BNB

RAMONA COLEMAN,

     Plaintiff,

v.

KMART CORPORATION, a foreign corporation,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice** [#26] filed November 12, 2009.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#26] filed November 12, 2009, is **APPROVED**;

2.  That the Trial Preparation Conference set for February 5, 2010, is **VACATED**;

3.  That the jury trial set to commence February 22, 2010, is **VACATED**; and

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 12, 2009, at Denver, Colorado.

BY THE COURT:

/s/ Bob Blackburn
Robert E. Blackburn
United States District Judge

2